JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/16/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DANIEL BEIRNE, individually, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TREPCO IMPORTS & DISTRIBUTION, LTD, a Michigan Corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-00170-CJC-KKx<br><br>**JUDGMENT AFTER FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

On September 16, 2020, the Court conducted a hearing on Plaintiffs' unopposed Motion in Support of Final Approval of Class Action Settlement, including Plaintiff's Request for Attorney's Fees and Costs ("Motion"). The Court considered the Motion papers, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Motion is GRANTED and JUDGMENT be entered by the clerk as follows:

1. The Court approves the Settlement memorialized in the Joint Stipulation of Class and Representative Action Settlement and the Notice of Class Action Settlement.

2. The Court certifies the following Settlement Class for settlement purposes only pursuant to Rule 23 of the Federal Rule of Civil Procedure:

> (1) all current and/or former non-exempt employees that worked for Trepco in hourly positions from November 13, 2015, and through the date of preliminary approval (July 28, 2020), excluding any persons who opt out.

3. The Court finds, solely for purposes of the Settlement, that: (a) the Settlement Class is so numerous that joinder of all Settlement Class Members is impracticable; (b) there are questions of law and fact common to the Settlement Class that predominate over any individual questions; (c) the claims of the Named Plaintiffs are typical of the claims of the Settlement Class; (d) Named Plaintiffs and Class Counsel will fairly and adequately represent and protect the interests of the Settlement Class; and (e) a class action is superior to all other available methods for the fair and efficient adjudication of the controversy. The Court further finds that the Settlement falls within the range of reasonableness of a settlement that could ultimately be granted final approval by the Court, and merits submission to Class Members for their consideration. All capitalized terms used in this Order shall have the same defined meanings as set forth in the Joint Stipulation of Class Action Settlement and Release, unless stated otherwise.

4. The Court appoints Brent S. Buchsbaum and Laurel Haag of the Law Offices of Buchsbaum & Haag, LLP, as Class Counsel.

6. The Court approves plaintiff Daniel Beirne as Class Representative, including his enhancement award of $5,000.

7. The Court appoints Simpluris, Inc. as the Claims Administrator.

8. The Court approves the $7,000 Claims Administration Fee to be paid to Simpluris.

9. The Court approves Class Counsel's request for Attorney's Fees in the amount of $73,363.75 (25% of the common fund after deducting counsel's and Simpluris, Inc.'s fees) and $9,545 in Costs.

10. The Court approves the $7,500 LWDA Payment.

**IT IS SO ORDERED.**

DATED: November 16, 2020

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE